# UNITED STATES NAVY–MARINE CORPS
# COURT OF CRIMINAL APPEALS

————————————

**No. 201800105**

————————————

## UNITED STATES OF AMERICA
*Appellee*

v.

## JONATHAN S. NORMAN
Lance Corporal (E-3), U.S. Marine Corps
*Appellant*

————————————

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Major John L. Ferriter, USMC.
Convening Authority: Commanding Officer, Headquarters Battalion,
1st Marine Division, Camp Pendleton, CA.
Staff Judge Advocate's Recommendation: Lieutenant Colonel Matthew
J. Stewart, USMC.
For Appellant: Lieutenant Jaqueline M. Leonard, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

————————————

Decided 23 August 2018

————————————

Before HUTCHISON, TANG, and ELLINGTON, *Appellate Military Judges*

————————————

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

FOR THE COURT

RODGER A. DREW, JR.
Clerk of Court